# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12102

_____

CONNOR HUNTLEY,

                                                                       *Plaintiff-Appellee*,

versus

HILLSBOROUGH COUNTY SHERIFF'S
OFFICE, et al.,

                                                                       *Defendants*,

GREGORY TINDALL,
   in his individual capacity,

                                                                   *Defendant-Appellant*.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01318-MSS-CPT

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 5, 2026

For the Court: DAVID J. SMITH, Clerk of Court